James E. BOWZER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 87615.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 10, 2007.

Scott Thompson, Public Defender, Saint Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY, J. and KENNETH M. ROMINES, J.

### *ORDER*

PER CURIAM.

James Bowzer appeals the judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Derrick T. SHOCKLEY, Appellant.

No. WD 66225.

Missouri Court of Appeals,
Western District.

April 17, 2007.

Craig Allan Johnston, State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Victor J. Melenbrink, Asst. Attorney General, Jefferson City, for respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and EDWIN H. SMITH, JJ.

### *Order*

PER CURIAM.

Derrick Shockley appeals his convictions for assault on a law enforcement officer, armed criminal action, unlawful use of a weapon, and resisting arrest, for which he was sentenced to a total of forty-five years.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).